IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| STEVEN INGRAM | § | |
| VS. | § | CIVIL ACTION NO.  1:13-CV-615 |
| BORGER POLICE DEP'T, ET AL. | § | |

**<u>MEMORANDUM OPINION REGARDING TRANSFER</u>**

Plaintiff Steven Ingram, an inmate confined at the Larry Gist State Jail, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against the Borger Police Department, unidentified police officers employed by the Borger Police Department, unidentified jailers employed by Hutchinson County, and the Chief of the Sheriff's Department.

<u>Discussion</u>

The Civil Rights Act, 42 U.S.C. § 1981, *et seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. *Jones v. Bailey*, 58 F.R.D. 453 (N.D. Ga. 1972); *aff'd per curiam*, 480 F.2d 805 (5th Cir. 1973).

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Plaintiff complains of events that occurred in Hutchinson County, Texas. The events that form the basis of the complaint did not occur within the Eastern District of Texas, nor do the defendants reside here. As a result, the Eastern District of Texas is not the proper venue for this action. The court has considered the circumstances and has determined that the interests of justice would be served by transferring the case to the district where the claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Amarillo Division of the United States District Court for the Northern District of Texas.

**SIGNED** this   29   day of           October          , 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE